Dismissed and Memorandum Opinion filed December 8, 2005









Dismissed and Memorandum Opinion filed December 8,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01141-CV

____________

 

OLGA
BORISSOVA, Appellant

 

V.

 

CITIBANK
(SOUTH DAKOTA), N.A., Appellee

 



 

On Appeal from the
11th District Court

Harris County, Texas

Trial Court Cause
No.
04-45132

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 3,
2005.  On December 2, 2005, appellant
filed a motion to dismiss the appeal.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed December 8, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.